

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADG/EWS
F. #2022R00718

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 27, 2024

By Email & ECF

The Honorable Diane Gujarati
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. John Doe
                 Criminal Docket No. 23-532 (DG)

Dear Judge Gujarati:

      On February 1, 2024, the defendant John Doe pleaded guilty before United States Magistrate Judge Sanket J. Bulsara to both counts of the Information in the above-captioned case, charging the defendant with violations of 18 U.S.C. §§ 1040(a)(2) and 1040(b)(1) (Count One) and 18 U.S.C. § 1349 (Count Two).  The government writes to respectfully request that the Court accept the defendant's plea of guilty.  Under separate cover, the government will provide the Court with a transcript of the plea hearing, at the conclusion of which Judge Bulsara recommended that this Court accept the defendant's guilty plea.  See Tr. 42:14-21.

                          Respectfully submitted,

                          BREON PEACE
                          United States Attorney

              By:          /s/
                       Andrew D. Grubin
                       Eric Silverberg
                       Assistant U.S. Attorney
                       (718) 254-6365

Encl.

c.c.:  Clerk of the Court (by ECF and E-Mail)
       Counsel of Record (by ECF and E-Mail)